Probation Form No. 35　　　　　　　　　　　　Report and Order Terminating Probation /
(3/05 Mod)　　　　　　　　　　　　　　　　　　　　　　　　　Supervised Release
　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Maryland

UNITED STATES OF AMERICA

　　　　Vs.　　　　　　　　　　　　　　　　　　Crim. No. 8:01CR00209

James Penn

On February 4, 2002 the above named was placed on Supervised Release for a period of 36 months, commencing on April 16, 2007. He has complied with the rules and regulations. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_Carrie Lacy_
Carrie Lacy
U.S. Probation Officer

_Christina Oscanoa_
Christina S. Oscanoa
Supervisory U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Signed this __13th__ day of __February__, 20__09__.

_Deborah K. Chasanow_
Deborah K. Chasanow
U.S. District Judge